THE CITY OF WICHITA FALLS, FOR THE USE AND BENEFIT OF
L. E. WHITHAM & COMPANY v. L. M. CRUNK WILLIAMS ET AL.

Application No. 12302.   Decided January 21, 1931.
(34 S. W., 2d Series, 574.)

*Milburn E. Nutt* and *Black & Graves,* for plaintiff in error.

PER CURIAM:   This case was before us the last term of court on certified questions.   The questions were all answered adversely to the plaintiffs in error.   The application for writ of error is therefore refused for the reasons given in the opinion previously rendered by this Court.   City of Wichita Falls, for Use and Benefit of L. E. Whitham & Co. v. Williams et al., 26 S. W., (2d) 910.